

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-22-00333-CV

———————————————

BRADLEY BOWEN, Appellant

V.

VIRGINIA GRAHAM, Appellee

On Appeal from the 393rd District Court
Denton County, Texas
Trial Court No. 22-0356-393

Before Sudderth, C.J.; Kerr and Walker, JJ.
Memorandum Opinion by Justice Walker

# MEMORANDUM OPINION

Appellant Bradley Bowen filed a "Notice of Appeal from Final Order in Suit Affecting the Parent-Child-Relationship (*Conservatorship, Possession and Access, Child Support*)" (Order). After receiving no copy of the Order, the clerk of this court contacted the trial court clerk and was informed that the trial court had not yet entered a final judgment or other appealable order in this case.[1] For this reason, we notified Bowen on August 26, 2022, that, unless he or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal, the appeal would be dismissed for want of jurisdiction. We received no such response.

Appeals may be taken only from final judgments or as expressly allowed by statute. *Indus. Specialists, LLC v. Blanchard Ref. Co.*, No. 20-0174, 2022 WL 2082236, at *2 (Tex. June 10, 2022); *see* Tex. Civ. Prac. & Rem. Code Ann. § 51.014. Having not received an order from which an appeal may be taken in this case, we dismiss Bowen's appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

/s/ Brian Walker

Brian Walker
Justice

Delivered: September 29, 2022

---

[1]The Denton County District Clerk's website notes that a jury trial is set in this matter for October 31, 2022.